FILED

12/14/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0450

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0450

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

JOHN RAYMOND WELZEL,

      Defendant and Appellant.

---

**GRANT**

---

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until January 19, 2024, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 14 2023